**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Jonathan Barr
                              Plaintiff,

v.                                             Case No.: 1:12–cv–08327
                                                      Honorable Ruben Castillo

Tasso Kachiroubas, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2013:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 10/10/2013 and continued to 12/3/2013 at 9:45 a.m. The Dixmoor Defendants' motion to bifurcate [68] is granted for the reasons stated in open court.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.